AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Tamel Davis, | | |
| *Plaintiff* | | |
| v. | ) | Civil Action No.    1:13-cv-00738-DCN |
| William R. Byars, Jr., Director of South Carolina | ) | |
| Department of Corrections (SCDC); Larry Cartledge, | ) | |
| Warden at Perry Correctional Institution (PCI); | ) | |
| Florence Mauney, Associate Warden at PCI; and | ) | |
| Rhonda Abston, Captain of SMU at PCI, | | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with
costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■    other: the plaintiff, Tamel Davis, shall take nothing of the defendants, William R. Byars, Jr., Larry Cartledge,
Florence Mauney, and Rhonda Abston, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is
dismissed with prejudice for lack of prosecution.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, Chief United States District Judge, presiding, accepting the Report and
Recommendations set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge which dismissed the
action for lack of prosecution.


Date:    April 8, 2014                                    *ROBIN L. BLUME, CLERK OF COURT*


                                                            s/A. Buckingham
                                                    _____
                                                        *Signature of Clerk or Deputy Clerk*